UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH D. CARVER,<br><br>                Plaintiff,<br>  v.<br><br>KELLY CUNNINGHAM, *et al.*,<br><br>                Defendant. | No. C09-5648 FDB/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this  23rd  day of November, 2009.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 1