1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH D. CARVER,

                        Plaintiff,

  v.

KELLY CUNNINGHAM, et al.,

                        Defendants.

No. C09-5648 FDB/KLS

ORDER DIRECTING PLAINTIFF TO PROVIDE SERVICE ADDRESS

16
17
18
19

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Plaintiff has been granted leave to proceed *in forma pauperis*.  Dkt. 4.

20
21
22
23
24
25
26

      A review of the docket reflects that no waiver and return of service directed to Abigail Crabtree has been returned by the U.S. Marshal.  The Court is not aware of any service address for Abigail Crabtree.  Because service cannot be effected, personal jurisdiction over Defendant Crabtree does not currently exist in this case and the Court has no authority over her at this time.  However, if Plaintiff provides the Court with a current address for Defendant Crabtree, along

ORDER - 1

with properly completed summons and a copy of the complaint, the court will direct the United States Marshal to attempt service.

The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants. The Clerk is also directed to send to Plaintiff a copy of the court's docket, and summons and marshal forms.

**DATED** this  2nd  day of April, 2010.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2