UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH D. CARVER,<br><br>                   Plaintiff,<br>   v.<br><br>KELLY CUNNINGHAM, *et al.*,<br><br>                  Defendants. | No. C09-5648 FDB/KLS<br><br>ORDER TO AMEND OR SHOW CAUSE |

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C.§636(b)(1), Local Rules MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis.* Dkt. 4. Following review of Defendants' motion to dismiss (Dkt. 19), the court granted Mr. Carver leave to amend his complaint. Dkt. 27. On April 22, 2010, Mr. Carver filed a "Response to Defendants Assertion That Plaintiff Has Failed to State a Cognizable Claim Along with His Amended Complaint." Dkt. 28 (pp. 1-7). This pleading includes a prayer for relief, Mr. Carver's signature and a certificate of service. *Id.*, pp. 6-7. Appended to the bottom of this document is a second document entitled "Part 2 of Plaintiff Amended Complaint. Dkt. 28 (pp. 8-15) in which Mr. Carver states additional claims and requests additional relief. *Id.*, pp. 14-15.

ORDER TO AMEND OR SHOW CAUSE- 1

Mr. Carver is advised that his amended complaint operates as a <u>complete</u> substitute for (rather than a mere supplement to) the present complaint.  Dkt. 7, p. 6.  In other words, an amended complaint supersedes the original in its entirety, making the original as if it never existed.  In addition, reference to another document is not an acceptable amendment, nor may Mr. Carver proceed with two complaints in one action.  Mr. Carver must include all of his factual allegations, legal claims, and requests for relief in his amended complaint before the court will order service.

Plaintiff shall file his amended complaint, setting forth all of his factual claims, causes of action, claims for relief, and any exhibits, on or before **May 28, 2010**.  Plaintiff is cautioned that if an amended complaint is not timely filed or if Plaintiff fails to adequately address the issues raised herein on or before **May 28, 2010**, the Court will recommend dismissal of this action as frivolous.

The Clerk is directed to send Plaintiff the appropriate forms so that he may file an amended complaint.

**DATED** this 4th day of May, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER TO AMEND OR SHOW CAUSE- 2