1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH D. CARVER,

                Plaintiff,

  v.

KELLY CUNNINGHAM, et al.,

                Defendants.

No. C09-5648 BHS/KLS

ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPIES AND MARSHAL FORMS

16
17
18
19
20

Before the court is Plaintiff's Amended Complaint. Dkt. 35. Plaintiff is directed to provide completed summonses and service copies of his amended complaint for the newly named Defendants, Don Gaunty and Cathi Harris, and for any defendant who has not yet been served in this case.[1]

21

Accordingly, it is **ORDERED**:

22

(1)     The Clerk of the Court is directed to send service forms to Plaintiff;

23
24

(2)     Plaintiff is directed to fill out the forms with complete addresses for the named Defendants and return the forms with service copies of the Amended Complaint

25
26

---

[1] The court's docket reflects that Defendants Cunningham, Sturgeon, Fischer, Garcia and Comacho were served with Plaintiff's original complaint and are represented by Donna J. Hamilton of the Washington Attorney General's Office. Therefore, it is not necessary to again serve these defendants with summons and the amended complaint.

ORDER - 1

so that service upon the named Defendants may be attempted.  These documents must be returned on or before **July 9, 2010**, or the Court will recommend dismissal of this action for failure to prosecute.

**DATED** this   21st   day of June, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2