# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOSEPH CARVER

v.

KELLY CUNNINGHAM, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5648BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Report and Recommendation is **ADOPTED**;

(2) Defendants' motion for judgment on the pleadings is **GRANTED;** and

(3) Plaintiff's complaint is **DISMISSED with prejudice** without leave to amend.

| | |
|---|---|
| September 21, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |